UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　　　　　　　　1:24-MJ-01682-RA-2

YASHPAUL PERSUAD,　　　　　　　　　　　　　　　　　<u>ORDER</u>

                   **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN**, United States Magistrate Judge:

    IT IS HEREBY ORDERED that the defendant's bail be modified to include:

- Defendant to be allowed to communicate with co-defendants, Justin Masse and Brandon Satanoo outside the presence of counsel, however, they must refrain from discussing their cases and the instant offense.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:　　October 1, 2024
　　　　　　New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2024